Alan E. Wisotsky (SBN 68051)
Brian P. Keighron (SBN 71445)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:      (805) 278-0920
Fax:      (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

JS - 6

Attorneys for Defendants COUNTY OF VENTURA and VENTURA COUNTY SHERIFF'S DEPARTMENT (*erroneously sued as Ventura County Sheriff Department*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUANN HESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF VENTURA; VENTURA COUNTY SHERIFF DEPARTMENT, Unnamed Individual VENTURA COUNTY SHERIFF DEPUTIES Sued as DOES 1 through 5, inclusive, and DOES 6 through 10, inclusive,<br><br>    Defendants. | No. CV09-09201 CAS (FFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** [PROPOSED] |

Having received the stipulation of dismissal between plaintiff Luann Heston and defendants County of Ventura and Ventura County Sheriff's Department, filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court HEREBY DISMISSES WITH PREJUDICE the above-captioned action.

**IT IS SO ORDERED.**

Dated: August 9, 2010

_____
CHRISTINA A. SNYDER
United States District Judge